IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARA ANDREWS,<br><br>      **Plaintiff,**<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD OF NEBRASKA,<br><br>      **Defendant.** | 8:20CV180<br><br>**AMENDED<br>CASE PROGRESSION ORDER** |

   This matter comes before the Court on the Plaintiff's Motion to Extend Deadlines for Expert Disclosures (Filing No. 25). After review of the plaintiff's motion, the Court finds good cause to grant the requested extensions. Accordingly,

   **IT IS ORDERED** that the Plaintiff's Motion to Extend Deadlines for Expert Disclosures (Filing No. 25) is granted, and the case progression order is amended as follows:

1) The deadlines for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

     For the plaintiff:  **February 1, 2021**
     For the defendant:  **March 1, 2021**
     Plaintiff's rebuttal:  **March 15, 2021**

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, remains **April 30, 2021**.

3) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure remains **May 14, 2021**. Motions to compel written discovery under Rules 33, 34, and 36 must be filed by **May 28, 2021**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

4) The trial and pretrial conference will not be set at this time. A scheduling conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings remains scheduled with the undersigned magistrate judge on **May 28, 2021**, at **10:00 a.m.** by

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

       telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

5) The deadline for filing motions to dismiss and motions for summary judgment remains **July 31, 2021**.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **60-days before trial.**

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 30th day of December, 2020.

                                      BY THE COURT:

                                      s/Michael D. Nelson  
                                      United States Magistrate Judge